1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   JUAN CARLOS LAZO CANTU
8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,       )   No. CR-S-07-469 LKK
13                                  )
                    Plaintiff,      )
14                                  )   ORDER
         v.                         )
15                                  )
    JUAN CARLOS LAZO CANTU,         )
16                                  )
                                    )
17                  Defendant.      )
                                    )
18  _____

19

20       This matter came on for Status Conference on November 27, 2007,

21  in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.

22  Assistant United States Attorney Jill Thomas appeared for Kyle Reardon,

23  on behalf of the United States.  Assistant Federal Defender

24  Caro Marks appeared on behalf of Defendant Lazo Cantu, who was present

25  in court and in custody.

26       Counsel indicated the parties were awaiting receipt of the Alien

27  Pre-Plea Presentence Report from Probation, and the subsequent plea

28  offer from the United States. The parties requested additional time for

1  receipt of these documents to enable the defendant to understand his
2  sentencing guidelines.
3      Accordingly, the parties agreed to exclude time from calculation
4  under the Speedy Trial Act for the reasons stated above, pursuant to 18
5  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
6  counsel, from November 27, 2007, up to and including January 3, 2007.
7      **Good cause appearing therefor**,
8      IT IS ORDERED that this matter is continued to January 3, 2007, at
9  9:30..
10     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11 (iv) and Local Code T4, the period from November 27, 2007, up to and
12 including January 3, 2007, is excluded from the time computations
13 required by the Speedy Trial Act due to ongoing preparation of defense
14 counsel.
15 Dated: November 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Lazo Cantu       -2-